Louis Nelson, Respondent, v. Hollwood Amusement Corporation et al., Appellants.— In an action by a stockholder of the corporate defendant to restrain the purchase of certain real property by an officer, director and other stockholders of the corporation, and for other relief, defendants appeal from specified portions of an order granting plaintiff an injunction *pendente lite*. Order, insofar as appealed from, affirmed, with $10 costs and disbursements. No opinion. Lewis, P. J., Johnston, Adel, Aldrich and Nolan, JJ., concur.

Carmela Pasquarella, Appellant, v. City of New York, Respondent.— In an action to recover damages for personal injuries, order denying plaintiff's motion to examine the defendant before trial affirmed, with $10 costs and disbursements. No opinion. Lewis, P. J., Johnston, Adel, Aldrich and Nolan, JJ., concur.

The People of the State of New York, Respondent, v. Joseph Bello, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of a violation of section 986 of the Penal Law (book-making), reversed on the law and a new trial ordered. The interests of justice require a new trial. Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.

The People of the State of New York, Respondent, v. Jack Caccioppo, Appellant.— Appeal by defendant from a judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting him of a violation of section 970 of the Penal Law (common gambler) and suspending the execution of sentence. Judgment reversed on the law, the information dismissed, and the defendant discharged. The proof does not establish beyond a reasonable doubt that the defendant violated the statute or that he engaged in a card game as a professional gamester. Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.

The People of the State of New York, Respondent, v. Carl Cafiero, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of the crime of assault in the third degree, unanimously affirmed. No opinion. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

The People of the State of New York, Respondent, v. John Eisenmann, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of the crime of malicious mischief, unanimously affirmed. No opinion. Appeal from sentence dismissed. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

The People of the State of New York, Respondent, v. Tom Fatone, Appellant.— Judgment of a City Magistrate, holding a Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of a violation of subdivision 5 of section 106 of the Alcoholic Beverage Control Law (selling during prohibited hours), unanimously affirmed. No opinion. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ.